■ RUTH E. VALADE, Respondent, v LAWRENCE P. VALADE, Appellant. [689 NYS2d 593] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court lacked authority to distribute the marital property in this action for separation because such an action does not result in the dissolution of the marriage (*see*, Domestic Relations Law §§ 200,

236 [B] [5]). We modify the judgment, therefore, by vacating those decretal paragraphs that distribute the marital property. (Appeal from Judgment of Supreme Court, Oneida County, Tenney, J.—Matrimonial.) Present—Denman, P. J., Green, Pigott, Jr., Scudder and Callahan, JJ.